UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: FINE HOME BUILDERS, INC.     §   Case No. 09-28736-JS
                                    §
                                    §
Debtor(s)                           §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of U.S. Bankruptcy Court
    219 S. Dearborn Street
    Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 09/02/2011 in Courtroom 4016, United States Courthouse, DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  08/02/2011          By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                     Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: FINE HOME BUILDERS, INC. | § | Case No. 09-28736-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 517,579.67 |
| *and approved disbursements of* | $ 442,497.13 |
| *leaving a balance on hand of* [1] | $ 75,082.54 |
| **Balance on hand:** | $ 75,082.54 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 75,082.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 29,128.95 | 0.00 | 29,128.95 |
| Attorney for Trustee, Fees - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 4,201.00 | 0.00 | 4,201.00 |
| Attorney for Trustee, Expenses - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 50.43 | 0.00 | 50.43 |
| Accountant for Trustee, Fees - SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3,970.00 | 0.00 | 3,970.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 37,350.38 |
| Remaining balance: | $ 37,732.16 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Case 09-28736   Doc 49   Filed 08/02/11   Entered 08/04/11 23:28:20   Desc Imaged
                          Certificate of Service   Page 4 of 7

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 37,732.16

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 37,732.16

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 37,732.16

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 252,314.50 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 15.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | THE PRIVATE BANK & TRUST COMPANY | 195,106.94 | 0.00 | 29,176.61 |
| 2 | Momlus, McClusky LL | 9,152.56 | 0.00 | 1,368.69 |
| 3 | Major Mechanical | 10,800.00 | 0.00 | 1,615.05 |
| 4 | Burlingame Concrete | 9,500.00 | 0.00 | 1,420.65 |
| 5 | Garnett, Kris & Steve | 27,755.00 | 0.00 | 4,150.53 |

Total to be paid for tardy general unsecured claims:  $  37,731.53
Remaining balance:  $  0.63

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $  0.00
Remaining balance:  $  0.63

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Fine Home Builders, Inc.  
    Debtor

Case No. 09-28736-JHS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: lhatch      Page 1 of 1      Date Rcvd: Aug 02, 2011  
                 Form ID: pdf006    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2011.

```
db          +Fine Home Builders, Inc.,    215 E. Hickory Street,    Lombard, IL 60148-2721
aty         +John S Biallas,    John S. Biallas, Attorney At Law,    3N918 Sunrise Lane,
              St Charles, IL 60174-5081
aty         +Michael A Phelps,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
14278600    +Burlingame Concrete,    1706 Chesterfield Ave.,    Glen Ellyn, IL 60137-4926
14278601    +Fernando's Landscaping,    c/o Francisco Perezchica,    1N444 Forest,    Glen Ellyn, IL 60137-3569
14278610    +Fine Home Builders,Inc,    The Private Bank & Trust Company,    Attn: Fritz Kieckhefer,
              70 W. Madison St. 2 ND fLOOR,    Chicago,IL 60602-4569
17393433    +Garnett, Kris & Steve,    241 Holmes Avenue,    Clarendon Hills, IL 60514-1417
14278602    +John M. Novak,    215 E. Hickory,    Lombard, IL 60148-2721
14278605    +Major Mechanical,    PO BOX 600,    Wheaton, IL 60187-0600
14278606    +Momlus, McClusky LL,    Momkus,McKinskey,LLC,    C/O Heather L. Genck,
              1001 Warrenville Road Suite 500,    Lisle,IL 60532-4306
14278607    +On-Electric,    5N737 Dunham Trails Rd,    Wayne, IL 60184-2089
14278609    +Steve & Kris Garnett,    241 Holmes,    Clarendon Hills, IL 60514-1417
14278611    +The Private Bank,    1110 Jorie Boulevard,    Oak Brook, IL 60523-2224
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14278603     John Novak
14278608     Russel's Painting
14278618     Wedgewood Builders
14278612*   +The Private Bank,    1110 Jorie Boulevard,    Oak Brook, IL 60523-2224
14278613*   +The Private Bank,    1110 Jorie Boulevard,    Oak Brook, IL 60523-2224
14278614*   +The Private Bank,    1110 Jorie Boulevard,    Oak Brook, IL 60523-2224
14278615*   +The Private Bank,    1110 Jorie Boulevard,    Oak Brook, IL 60523-2224
14278616*   +The Private Bank,    1110 Jorie Boulevard,    Oak Brook, IL 60523-2224
14278617*   +The Private Bank,    1110 Jorie Boulevard,    Oak Brook, IL 60523-2224
14278604   ##+Justin and Margaret Schwanke,    35 N. Elizabeth,    Lombard, IL 60148-2201
                                                                               TOTALS: 3, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2011**                        **Signature:** _Joseph Speetjens_