**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: FINE HOME BUILDERS, INC.    § Case No. 09-28736-JS
                                   §
                                   §
Debtor(s)                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $400,000.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $458,785.86 | Claims Discharged Without Payment: $214,581.77 |
| Total Expenses of Administration: $58,794.38 | |

    3) Total gross receipts of $ 517,580.24 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $517,580.24 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,318,353.13 | $421,053.13 | $421,053.13 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 58,794.38 | 58,794.38 | 58,794.38 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 252,314.50 | 252,314.50 | 37,732.73 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,629,462.01 | $732,162.01 | $517,580.24 |

    4) This case was originally filed under Chapter 7 on August 05, 2009. The case was pending for 27 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2011    By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 53 N. ELIZABETH, LOMBARD, IL | 1110-000 | 515,000.00 |
| CHECKING | 1129-000 | 2,507.19 |
| Interest Income | 1270-000 | 73.05 |
| **TOTAL GROSS RECEIPTS** | | **$517,580.24** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | THE PRIVATE BANK & TRUST COMPANY | 4110-000 | N/A | 897,300.00 | 0.00 | 0.00 |
| | THE PRIVATE BANK | 4110-000 | N/A | 421,053.13 | 421,053.13 | 421,053.13 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,318,353.13** | **$421,053.13** | **$421,053.13** |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 29,128.95 | 29,128.95 | 29,128.95 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 4,201.00 | 4,201.00 | 4,201.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 50.43 | 50.43 | 50.43 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3410-000 | N/A | 3,970.00 | 3,970.00 | 3,970.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.22 | 6.22 | 6.22 |
| TREASURER | 2820-000 | N/A | 11,339.08 | 11,339.08 | 11,339.08 |
| TREASURER | 2820-000 | N/A | 1,025.18 | 1,025.18 | 1,025.18 |
| CHICAGO TITLE | 2500-000 | N/A | 1,890.00 | 1,890.00 | 1,890.00 |
| DUPAGE COUNTY CLERK | 2820-000 | N/A | 5,988.48 | 5,988.48 | 5,988.48 |
| ASSOCIATED SURVEY | 2500-000 | N/A | 300.00 | 300.00 | 300.00 |
| CHICAGO TITLE | 2820-000 | N/A | 515.00 | 515.00 | 515.00 |
| CHICAGO TITLE | 2820-000 | N/A | 257.50 | 257.50 | 257.50 |
| CHICAGO TITLE | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| CHICAGO TITLE | 2500-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 47.83 | 47.83 | 47.83 |
| UNITED STATES TREASURY | 2810-000 | N/A | 267.92 | 267.92 | 267.92 |
| US TREASURY | 2810-000 | N/A | -268.21 | -268.21 | -268.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 58,794.38 | 58,794.38 | 58,794.38 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | THE PRIVATE BANK & TRUST COMPANY | 7200-000 | N/A | 195,106.94 | 195,106.94 | 29,177.55 |
| 2 | Momlus, McClusky LL | 7200-000 | N/A | 9,152.56 | 9,152.56 | 1,368.73 |
| 3 | Major Mechanical | 7200-000 | N/A | 10,800.00 | 10,800.00 | 1,615.10 |
| 4 | Burlingame Concrete | 7200-000 | N/A | 9,500.00 | 9,500.00 | 1,420.69 |
| 5 | Garnett, Kris & Steve | 7200-000 | N/A | 27,755.00 | 27,755.00 | 4,150.66 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 252,314.50 | 252,314.50 | 37,732.73 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-28736-JS  **Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE
**Case Name:** FINE HOME BUILDERS, INC.  **Filed (f) or Converted (c):** 08/05/09 (f)
  **§341(a) Meeting Date:** 09/15/09
**Period Ending:** 11/09/11  **Claims Bar Date:** 12/18/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 53 N. ELIZABETH, LOMBARD, IL | 400,000.00 | 105,000.00 | | 515,000.00 | FA |
| 2 | 12 E VIEW, LOMBARD, IL | 200,000.00 | 0.00 | | 0.00 | FA |
| 3 | 927 S CHARLOTTE, LOMBARD, IL | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | 121 EAST HICKORY, LOMBARD, IL | 200,000.00 | 0.00 | | 0.00 | FA |
| 5 | 109 E. HICKORY, LOMBARD, IL | 200,000.00 | 0.00 | | 0.00 | FA |
| 6 | 318 W EUGENIA, LOMBARD, IL | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | LOT 7, JOLIET , IL | Unknown | Unknown | | 0.00 | FA |
| 8 | CHECKING | 0.00 | 2,000.00 | | 2,507.19 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 73.05 | FA |
| 9 | Assets    Totals (Excluding unknown values) | $1,400,000.00 | $107,000.00 | | $517,580.24 | $0.00 |

**Major Activities Affecting Case Closing:**

CONTRACT FOR SALE; CLOSING IN FEBRUARY 2010; PREFERENCE TO INSIDER INVESTIGATION; DISCOVERED DID NOT EXIST; TAX RETURNS FILED; PREPARING TO FILE FINAL REPORT

**Initial Projected Date Of Final Report (TFR):**  December 31, 2011   **Current Projected Date Of Final Report (TFR):**  August 2, 2011  (Actual)

Printed: 11/09/2011 09:44 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-28736-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | FINE HOME BUILDERS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****31-65 - Money Market Account |
| Taxpayer ID #: | **-***3599 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/09/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/05/09 | {1} | MARGARET SCHWANKE | RENT FOR NOVEMBER | 1122-000 | 1,500.00 | | 1,500.00 |
| 11/17/09 | {1} | JOHN NOVAK | AUGUST, SEPTEMBER AND OCTOBER RENT | 1122-000 | 4,500.00 | | 6,000.00 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 6,000.11 |
| 12/07/09 | {1} | JUSTIN SCHWANKE | DECEMBER RENT | 1122-000 | 1,500.00 | | 7,500.11 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,500.40 |
| 01/12/10 | {1} | JUSTIN SCHWANKE | JANUARY RENT PAYMENT | 1122-000 | 1,500.00 | | 9,000.40 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 9,000.73 |
| 02/05/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #09-28736, BOND#016026455 | 2300-000 | | 6.22 | 8,994.51 |
| 02/08/10 | | CHICAGO TITLE | | | 63,556.63 | | 72,551.14 |
| | {1} | CHICAGO TITLE | 506,000.00 | 1110-000 | | | 72,551.14 |
| | | THE PRIVATE BANK | -421,053.13 | 4110-000 | | | 72,551.14 |
| | | TREASURER | 2009 TAXES       -11,339.08 | 2820-000 | | | 72,551.14 |
| | | TREASURER | 2010 TAXES        -1,025.18 | 2820-000 | | | 72,551.14 |
| | | CHICAGO TITLE | TITLE INSURANCE    -1,890.00 | 2500-000 | | | 72,551.14 |
| | | DUPAGE COUNTY CLERK | 2008 TAXESZ       -5,988.48 | 2820-000 | | | 72,551.14 |
| | | ASSOCIATED SURVEY | SURVEY              -300.00 | 2500-000 | | | 72,551.14 |
| | | | STATE STAMPS        -515.00 | 2820-000 | | | 72,551.14 |
| | | | COUNTY STAMPS       -257.50 | 2820-000 | | | 72,551.14 |
| | | CHICAGO TITLE | TAY PAYMENT SERVICE FEE -50.00 | 2500-000 | | | 72,551.14 |
| | | CHICAGO TITLE | OVERNIGHT FEE        -25.00 | 2500-000 | | | 72,551.14 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 2.34 | | 72,553.48 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | 9.17 | | 72,562.65 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1400% | 1270-000 | 1.38 | | 72,564.03 |
| 04/06/10 | | Wire out to BNYM account 9200******3165 | Wire out to BNYM account 9200******3165 | 9999-000 | -72,564.03 | | 0.00 |

| | | | |
|---|---|---|---|
| | ACCOUNT TOTALS | 6.22 | 6.22 | $0.00 |
| | Less: Bank Transfers | -72,564.03 | 0.00 | |
| | Subtotal | 72,570.25 | 6.22 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $72,570.25 | $6.22 | |

{} Asset reference(s)                                                                                       Printed: 11/09/2011 09:44 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-28736-JS | **Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Case Name:** FINE HOME BUILDERS, INC. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****31-66 - Checking Account |
| **Taxpayer ID #:** **-***3599 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 11/09/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 11/09/2011 09:44 AM    V.12.57

Exhibit 9

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-28736-JS  
**Case Name:** FINE HOME BUILDERS, INC.  
**Taxpayer ID #:** **-***3599  
**Period Ending:** 11/09/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3165 | Wire in from JPMorgan Chase Bank, N.A. account ********3165 | 9999-000 | 72,564.03 | | 72,564.03 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 6.95 | | 72,570.98 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 8.63 | | 72,579.61 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 8.35 | | 72,587.96 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 8.64 | | 72,596.60 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 8.62 | | 72,605.22 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.79 | | 72,607.01 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.84 | | 72,608.85 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.79 | | 72,610.64 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.85 | | 72,612.49 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.85 | | 72,614.34 |
| 02/15/11 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-28736, Bond#016026455 | 2300-000 | | 47.83 | 72,566.51 |
| 02/23/11 | 11003 | UNITED STATES TREASURY | EIN: 36-4303599.TAXES DUE FOR TAX PERIOD 12/31/09 | 2810-000 | | 267.92 | 72,298.59 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.67 | | 72,300.26 |
| 03/09/11 | {8} | AMY NOVAK | TURNOVER OF BANK ACCOUNT BALANCE | 1129-000 | 2,507.19 | | 74,807.45 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.88 | | 74,809.33 |
| 04/05/11 | | US TREASURY | TAX REFUNDS | 2810-000 | | -268.21 | 75,077.54 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.85 | | 75,079.39 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.91 | | 75,081.30 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.61 | | 75,081.91 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.63 | | 75,082.54 |
| 08/29/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.57 | | 75,083.11 |
| 08/29/11 | | To Account #9200******3166 | TRANSFER FUND TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 75,083.11 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 75,130.65 | 75,130.65 | $0.00 |
| | Less: Bank Transfers | 72,564.03 | 75,083.11 | |
| | Subtotal | 2,566.62 | 47.54 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$2,566.62** | **$47.54** | |

{} Asset reference(s)

Printed: 11/09/2011 09:44 AM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-28736-JS  
**Case Name:** FINE HOME BUILDERS, INC.

**Taxpayer ID #:** **-***3599  
**Period Ending:** 11/09/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/11 | | From Account #9200******3165 | TRANSFER FUND TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 75,083.11 | | 75,083.11 |
| 09/02/11 | 10101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $29,128.95, Trustee Compensation; Reference: | 2100-000 | | 29,128.95 | 45,954.16 |
| 09/02/11 | 10102 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $4,201.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,201.00 | 41,753.16 |
| 09/02/11 | 10103 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $50.43, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 50.43 | 41,702.73 |
| 09/02/11 | 10104 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $3,970.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,970.00 | 37,732.73 |
| 09/02/11 | 10105 | THE PRIVATE BANK & TRUST COMPANY | Dividend paid 14.95% on $195,106.94; Claim# 1U; Filed: $195,106.94; Reference: | 7200-000 | | 29,177.55 | 8,555.18 |
| 09/02/11 | 10106 | Momlus, McClusky LL | Dividend paid 14.95% on $9,152.56; Claim# 2; Filed: $9,152.56; Reference: | 7200-000 | | 1,368.73 | 7,186.45 |
| 09/02/11 | 10107 | Major Mechanical | Dividend paid 14.95% on $10,800.00; Claim# 3; Filed: $10,800.00; Reference: | 7200-000 | | 1,615.10 | 5,571.35 |
| 09/02/11 | 10108 | Burlingame Concrete | Dividend paid 14.95% on $9,500.00; Claim# 4; Filed: $9,500.00; Reference: | 7200-000 | | 1,420.69 | 4,150.66 |
| 09/02/11 | 10109 | Garnett, Kris & Steve | Dividend paid 14.95% on $27,755.00; Claim# 5; Filed: $27,755.00; Reference: | 7200-000 | | 4,150.66 | 0.00 |
| | | | ACCOUNT TOTALS | | 75,083.11 | 75,083.11 | $0.00 |
| | | | Less: Bank Transfers | | 75,083.11 | 0.00 | |
| | | | Subtotal | | 0.00 | 75,083.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $75,083.11 | |

| | |
|---|---|
| Net Receipts : | 75,136.87 |
| Plus Gross Adjustments : | 442,443.37 |
| Net Estate : | $517,580.24 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****31-65 | 72,570.25 | 6.22 | 0.00 |
| Checking # ***-*****31-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******31-65 | 2,566.62 | 47.54 | 0.00 |
| Checking # 9200-******31-66 | 0.00 | 75,083.11 | 0.00 |
| | $75,136.87 | $75,136.87 | $0.00 |

{} Asset reference(s)

Printed: 11/09/2011 09:44 AM    V.12.57